**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10085 |
| Plaintiff - Appellee, | D.C. No. 4:12-cr-01661-JGZ |
| v. | |
| NIDIA BERENICE FIGUEROA-ZENDEJAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John A. Jarvey, District Judge, Presiding[**]

Submitted October 14, 2014[***]

Before:     LEAVY, GOULD, and BERZON, Circuit Judges.

Nidia Berenice Figueroa-Zendejas appeals from the district court's judgment

and challenges the 36-month sentence imposed following her guilty-plea

conviction for possession with intent to distribute methamphetamine, in violation

of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(vii).  We have jurisdiction under 28 U.S.C.

§ 1291, and we vacate the sentence and remand for resentencing.

Figueroa-Zendejas contends that the district court committed reversible error

by miscalculating the advisory Guidelines range. We review for plain error. *See*

*United States v. Vargem*, 747 F.3d 724, 727 (9th Cir. 2014). The government

concedes the Guidelines calculation error, but contends that Figueroa-Zendejas has

not shown that the district court's error was prejudicial. We disagree. Because the

district court may have imposed a different sentence had it started its analysis with

the correct Guidelines range, we conclude that the court's error affected Figueroa-

Zendejas's substantial rights. *See id.* at 728-29. Accordingly, we vacate the

sentence and remand for resentencing.

In light of our disposition, we do not reach Figueroa-Zendejas's other

allegations of sentencing error.

**VACATED and REMANDED for resentencing.**

<u>United States v. Figueroa-Zendejas,</u> No. 13-10085

LEAVY, Circuit Judge, dissenting:

I respectfully dissent because the error is not one that "seriously affects the fairness, integrity, or public reputation of judicial proceedings." *United States v. Ameline*, 409 F.3d 1073, 1078 (9th Cir. 2005) (en banc) (internal quotation and citation omitted).